UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEATRICAL STAGE EMPLOYEES, | CASE NO. 2:23-cv-213 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONAL CONVENTION SERVICES LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by May 1, 2023. The Court received Plaintiff's Status Report that stated Plaintiff has been unable to serve Defendant. However, it appears that after two months Defendant has still not been served.

MINUTE ORDER - 1

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 21, 2023.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2