# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THEATRICAL STAGE EMPLOYEES,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL CONVENTION SERVICES LLC,<br><br>                Defendant. | CASE NO. 2:23-cv-213 MJP<br><br>ORDER DISMISSING CASE FOR FAILURE TO FILE JSR |

On August 21, 2023, the Court issued an order requiring the parties to file a joint status report by August 31, 2023. (Dkt. No. 9.) The parties failed to file a joint status report by that date. Further, it appears Defendant has still not been served in this case. The Court warned Plaintiff that failure to file a joint status report by August 31, 2023 could result in dismissal. As of the date of this Order, the parties have not filed a joint status report. Having failed to meet the original and extended joint status report deadline, the Court DISMISSES the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

//

ORDER DISMISSING CASE FOR FAILURE TO FILE JSR - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated October 4, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge